No. 05–760.  KEVIN SHARP ENTERPRISES, INC. v. ALABAMA EX REL. TYSON, DISTRICT ATTORNEY.  Ct. Civ. App. Ala.  Certiorari denied.

No. 05–781.  PLANESI v. PETERS, REGISTER OF COPYRIGHTS, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 05–803.  JILES v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 05–811.  BULLARD v. INKSTER HOUSING AND REDEVELOPMENT COMMISSION ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 05–6282.  AZEEZ v. RUBENSTEIN, COMMISSIONER, WEST VIRGINIA DIVISION OF CORRECTIONS, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 05–6773.  CORTEZ v. RYAN, ACTING WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 05–7103.  GARCIA-FLORES v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 05–7207.  FRAZIER v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 05–7606.  HOLLY v. PATRIANAKOS ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 05–7607.  HOLLY v. WOOLFOLK ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 05–7629.  HERNANDEZ v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 05–7648.  KOGER v. FLORIDA ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 05–7654.  ROBERTS v. ROBERTS, WARDEN.  C. A. 11th Cir.  Certiorari denied.

No. 05–7676.  SILLICK v. AULT, WARDEN.  C. A. 8th Cir.  Certiorari denied.

No. 05–7679.  AKMAL v. RAWERS, WARDEN.  C. A. 9th Cir.  Certiorari denied.